```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,            :
                                         :
              -against-                  :
                                         :
    MUSA DEMAJ,                          :         1:24-cr-552-GHW-1
                                         :
                         Defendant.      :         ORDER
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/2024

GREGORY H. WOODS, United States District Judge:

The sentencing hearing currently scheduled for January 13, 2025 at 2:00 p.m. is rescheduled. The hearing will take place on January 14, 2025 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007.  The defendant's sentencing submissions are due no later than December 31, 2024.  The Government's sentencing submissions are due no later than January 7, 2025.  The parties are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: December 27, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge