```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,             :
                                          :
            -against-                     :
                                          :
    MUSA DEMAJ,                           :         1:24-cr-552-GHW-1
                                          :
                        Defendant.        :         ORDER
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2025

GREGORY H. WOODS, United States District Judge:

A sentencing hearing is scheduled to take place in this matter on January 14, 2025. The Court is inclined to review and consider the information presented to The Honorable Andrew L. Carter in connection with the sentencing of the Musa Demaj in *United States v. Musa Demaj, et al.*, 16-cr-00289-ALC-5—namely, the presentence report, the parties' sentencing submissions and the sentencing transcript. Each of the parties is directed to advise the Court of any objections to the consideration of those materials by the Court in connection with the upcoming sentencing proceeding no later than January 11, 2025 at 5:00 p.m. To the extent that either party believes that it requires additional time to be in a position to provide reasonable comments on those materials at the scheduled sentencing date, it should advise the Court of that fact by January 11, 2025 at 5:00 p.m.

SO ORDERED.

Dated: January 9, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge