UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,                    :

        -against-                               :

                                                 :

MUSA DEMAJ,                                  :

                              Defendant.        :
-----------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 1/22/2025 |

1:24-cr-552-GHW-1

ORDER

GREGORY H. WOODS, United States District Judge:

On January 14, 2025, the Court sentenced Musa Demaj principally to a term of 30 months incarceration, to be followed by 3 years of supervised release. Because the defendant was permitted to self-surrender on an extended schedule, the Court ordered that the amount of Mr. Demaj's bond be increased to $1 million supported by three financially responsible people by January 22, 2025.

On January 22, 2025, Mr. Demaj requested an extension of time to comply with that order to January 27, 2025. Dkt. No. 59. That application is granted. The deadline for Mr. Demaj to modify his bond as ordered is extended to January 27, 2025.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 59.

SO ORDERED.

Dated: January 22, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge