

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

# MEMORANDUM ENDORSED
January 27, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2025
```

**BY ECF**:

The Honorable **Gregory H. Woods**
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    RE:    United States v. Musa Demaj
               Case No.: 24-cr-00552-1 (GHW)
               Southern District of New York
               <u>Unopposed Second Letter Motion Regarding Mr. Demaj's Modified Bond</u>

Dear District Judge **Woods**:

    Please be advised that I represent **Musa Demaj** in the above-captioned action. On January 14, 2025, Mr. Demaj was sentenced by Your Honor.

    Your Honor orally modified Mr. Demaj's bond at his sentencing hearing, increasing it from $250,000 to $1,000,000. A deadline was set for <u>January 22, 2025</u>, for Mr. Demaj's three financially responsible persons to re-sign the bond. On January 22, 2025, Your Honor granted an extension of this deadline to <u>January 27, 2025</u> (ECF No.: 60).

    One of Mr. Demaj's co-signers from the original bond, Lulzim Gashi, no longer agrees to stay on the bond. We respectfully request that Mr. Gashi be removed from the bond. Mr. Demaj will provide a new third co-signer.

    Furthermore, we request an extension of today's deadline to <u>February 10, 2025,</u> to allow for the processing of the new financially responsible person. The Government does not object to this second request for an extension of the deadline.

    Thank you in advance for your time and consideration in this matter.

                            Sincerely,
                       **Spodek Law Group P.C.**
                         /s/ Todd A. Spodek
                         Todd A. Spodek

cc:     All Counsel of Record (By ECF).

Application granted.  The defendant's deadline to comply with the Court's oral order modifying the bond conditions is extended to February 10, 2025.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 61.
SO ORDERED.
Dated:  January 27, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge