

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

# MEMORANDUM ENDORSED

December 8, 2025

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: __12/9/2025__ |

**BY ECF:**

Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:    USA v. Musa Demaj
>        1:24-CR-552
>        Southern District of New York

Dear Your Honor:

Please be advised that Spodek Law Group P.C. represents Mr. Musa Demaj in the above-referenced matter.

Your Honor sentenced Mr. Demaj to thirty (30) months of imprisonment on January 15, 2025 (ECF No. 56). He reported as directed and voluntarily surrendered to the Bureau of Prisons on September 2, 2025.

In light of his surrender and the conclusion of Pretrial Services supervision, I respectfully request that the Court authorize the release of Mr. Demaj's passport, currently held by Pretrial Services, and permit Mr. Demaj or a designated representative to retrieve it. The Government has no objection.

Thank you for Your Honor's consideration.

> Sincerely,
> **Spodek Law Group P.C.**
> /S/ Todd A. Spodek

cc:    Musa Demaj (By Email).

Application granted.  Pretrial Services may return Mr. Demaj's passport to Mr. Spodek or his designated representative. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 69.
SO ORDERED.
Dated:  December 9, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge